AO450 (NVD Rev. 2/18)   Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

Triple Braided Cord Trust

      Petitioner,

 v.

Nationstar Mortgage LLC et al

      Respondents.

JUDGMENT IN A CIVIL CASE

Case Number: 2:24-cv-00841-JAD-BNW

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

Judgment in favor of Respondents Nationstar Mortgage LLC and MTC Financial and Against Petitioner Julie Embry without prejudice.

7/22/2024
Date

DEBRA K. KEMPI
Clerk

/s/ M. Moran
Deputy Clerk